**IT IS SO ORDERED.**

Dated:  9 September, 2013 11:59 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | In Proceedings Under Chapter 13 |
| | ) | |
| **PAULA A. HAGEN** | ) | Case Number 11-12361 |
| | ) | |
| Debtor | ) | Judge Jessica E. Price Smith |
| | ) | |
| | ) | **ORDER** |

This matter came on for consideration upon the *Motion* of the Debtor, *Paula A. Hagen,* to Modify her Confirmed Chapter 13 Plan.

The Court finds that the Debtor's Motion to Modify Confirmed Chapter 13 Plan is well taken and is granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Motion of the Debtor to Modify their Confirmed Chapter 13 Plan be and hereby is granted.

# # #

Submitted by:

   /s/  Paul S. Kuzmickas
Paul S. Kuzmickas (0076507)
**Luftman, Heck & Associates LLP**
The United Bank Building
2012 W 25th St., Ste. 701
Cleveland, OH 44113-4131
(216) 373-0474
(216) 916-4235 (facsimile)
pkuzmickas@lawlh.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

A true and correct copy of the *Order Granting Motion to Modify* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Amy M. Blythe, Attorney for Third Federal Savings and Loan Association of Cleveland

        bankruptcy@carlisle-law.com

    Craig H Shopneck, Chapter 13 Trustee

        ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com

    Paul S. Kuzmickas, Attorney for Debtors

        pkuzmickas@lawlh.com

And by regular U.S. mail, postage prepaid, on the attached Service List.

## SERVICE LIST

Bank of America
PO Box 17054
Wilmington DE 19850

1

Chase
PO Box 15298
Wilmington DE 19850

Citibank
PO Box 6241
Sioux Falls SD 57117

Discover Financial Services LLC
PO Box 15316
Wilmington DE 19850

NCO Financial Systems
PO Box 15889
Wilmington DE 19850-5889

Sears
701 East 60th St N
Sioux Falls SD 57117

Sunrise Credit Services Inc
PO Box 9100
Farmingdale NY 11735-9100

Ted M Traut Esq
Weltman Weinberg  Reis Co
323 W Lakeside Ave Ste 200
Cleveland OH 44113-1099

Tracy R Schwotzer Esq
Weltman Weinberg  Reis Co
323 W Lakeside Ave Ste 200
Cleveland OH 44113-1099

US Department of Education
2401 International Ln
Madison WI 53704