```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                         Case No. 11-12361-jps
Paula A Hagen                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-1          User: admin              Page 1 of 1            Date Rcvd: Jul 31, 2014
                              Form ID: 215aBAPC        Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2014.
```
db            Paula A Hagen,    1306 Barrow Ct.,    Winston Salem, NC   27103-4849
20751906      Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
               Madison, WI 53708-8973
20474363      State of Ohio Department of Taxation,    PO Box 530,    Columbus Ohio 43216-0530
20474364      Sunrise Credit Services Inc,    PO Box 9100,    Farmingdale NY 11735-9100
20474365      Ted M Traut Esq,    Weltman Weinberg Reis Co,    323 W Lakeside Ave Ste 200,
               Cleveland OH 44113-1099
20474367      Tracy R Schwotzer Esq,    Weltman Weinberg Reis Co,    323 W Lakeside Ave Ste 200,
               Cleveland OH 44113-1099
20474368     +US Department of Education,    2401 International Ln,    Madison WI 53704-3121
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20474357     +EDI: BANKAMER2.COM Jul 31 2014 21:38:00      Bank of America,   PO Box 17054,
               Wilmington DE 19850-7054
20474358     +EDI: CHASE.COM Jul 31 2014 21:38:00      Chase,   PO Box 15298,    Wilmington DE 19850-5298
20601729      EDI: CHASE.COM Jul 31 2014 21:38:00      Chase Bank USA, N.A.,    PO Box 15145,
               Wilmington, DE 19850-5145
20474359     +EDI: CITICORP.COM Jul 31 2014 21:38:00      Citibank,   PO Box 6241,   Sioux Falls SD 57117-6241
20474360      EDI: DISCOVER.COM Jul 31 2014 21:38:00      Discover Financial Services LLC,    PO Box 15316,
               Wilmington DE 19850
20493538      EDI: DISCOVER.COM Jul 31 2014 21:38:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
20541681     +EDI: BANKAMER.COM Jul 31 2014 21:38:00      FIA Card Services, NA as successor in interest to,
               Bank of America NA and MBNA America Bank,    1000 Samoset Drive,    DE5-023-03-03,
               Newark, DE 19713-6000
20474361      E-mail/Text: bankruptcydepartment@ncogroup.com Jul 31 2014 21:55:17       NCO Financial Systems,
               PO Box 15889,    Wilmington DE 19850-5889
20589688     +EDI: OPHSUBSID.COM Jul 31 2014 21:38:00      Oak Harbor Capital II, L.L.C.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
20474362     +EDI: SEARS.COM Jul 31 2014 21:38:00      Sears,   701 East 60th St N,   Sioux Falls SD 57104-0432
20474366     +E-mail/Text: TFSBANKRUPTCIES@THIRDFEDERAL.COM Jul 31 2014 21:54:30
               Third Federal Savings Loan,    7007 Broadway Ave,    Cleveland OH 44105-1490
20715527      EDI: ECAST.COM Jul 31 2014 21:38:00      eCAST Settlement Corporation assignee of Citibank,
               (South Dakota) NA,    POB 29262,   New York NY 10087-9262
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Third Federal Savings and Loan Association of Clev
cr*          +Oak Harbor Capital II, L.L.C.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
                                                                                   TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2014 at the address(es) listed below:
```
              Amy M Blythe    on behalf of Creditor    Third Federal Savings and Loan Association of Cleveland
               bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
              Amy M. Blythe    on behalf of Creditor    Third Federal Savings and Loan Association of Cleveland
               bankruptcy@carlisle-law.com
              Craig H Shopneck    ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com
              Paul S. Kuzmickas    on behalf of Debtor Paula A Hagen pkuzmickas@lawlh.com,
               koconnor@lawlh.com;lsekanic@lawlh.com
                                                                                              TOTAL: 4
```

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**In re:**
   Paula A Hagen

   aka Paula Ann Hagen−

**Address:**
   1306 Barrow Ct.
   Winston Salem, NC 27103−4849

**Last four digits of Social Security No.:**
   xxx−xx−4892

**Case No.:** 11−12361−jps

**Chapter:** 13

### DISCHARGE OF DEBTOR AFTER COMPLETION
### OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**Dated:** July 30, 2014
Form ohnb215BAPCP

/s/ Jessica E. Price Smith
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged**
Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injury or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**